AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCAULIFFE, STEVEN J. | U.S. DISTRICT COURT - N.H. | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| WARREN B. RUDMAN COURTHOUSE <br> 55 PLEASANT STREET, ROOM 416 <br> CONCORD, N.H. 03301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. | Partner | Pinchers' Investment Group (Neighborhood Investment Club) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NOW Acct Merrimack Cty. Savings Bank | A | Interest | J | T | | | | | |
| 2. IRA American Funds: Inv Co of America | B | Dividend | L | T | | | | | |
| 3. IRA American Funds: Wash Mut. Inv Fund | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 5. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 6. IRA Franklin Templeton For. Fund | B | Dividend | L | T | | | | | |
| 7. Pinchers' Investment Group Ptnshp Share (See Part VIII) | A | Dividend | J | T | | | | | |
| 8. -MSFT | | | | | Sold | 04/20/09 | J | A | Mkt |
| 9. -Dentsply Int. Inc. | | | | | | | | | |
| 10. -Air Products & Chem. | | | | | | | | | |
| 11. -Oceaneering Intnl Inc. | | | | | Sold | 09/15/09 | J | B | Mkt |
| 12. -Whiting Petroleum Corp. | | | | | | | | | |
| 13. -Diageo (DEO) | | | | | | | | | |
| 14. -Tata Mtrs. (TTM) | | | | | Sold | 01/19/09 | J | A | Mkt |
| 15. -BHP Billiton Ltd ADR | | | | | | | | | |
| 16. -Gilead Sciences Inc. | | | | | | | | | |
| 17. -Quest Diagnostics | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Suntech Power Hldgs. | | | | | | | | | |
| 19. -Unilever NV | | | | | Sold | 03/28/09 | J | A | Mkt |
| 20. -Zebra Technologies | | | | | Sold | 04/21/09 | J | A | Mkt |
| 21. -CDN Natl Rwy Co. | | | | | | | | | |
| 22. -CIT Group New | | | | | Sold | 04/21/09 | J | A | Mkt |
| 23. -Comp. De Sanco Mento Basico Estado DeSao Pauloads | | | | | Sold | 04/21/09 | J | A | Mkt |
| 24. -El Paso Corp. | | | | | | | | | |
| 25. -Harleysville Natl Co. PA | | | | | Sold | 04/21/09 | J | | Mkt |
| 26. -Vestas Wind Syst. | | | | | Sold | 04/21/09 | J | | Mkt |
| 27. -3M Co. | | | | | | | | | |
| 28. -Apple (AAPL) | | | | | Buy | 11/13/09 | J | | Mkt |
| 29. -Ford Motor Co. | | | | | Buy | 05/15/09 | J | | Mkt |
| 30. -FLIR Systems | | | | | Buy | 11/13/09 | J | | Mkt |
| 31. -FSUMF | | | | | Buy | 05/15/09 | J | | Mkt |
| 32. -Terrex Corp. | | | | | Buy | 01/09/09 | J | | Mkt |
| 33. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 34. Praxair, Inc. | A | Dividend | K | T | Buy | 07/31/09 | J | | Mkt |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B -$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA I Shares Russell Fund | A | Dividend | J | T | | | | | |
| 36. IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 37. Fed. Prime MM Fund | A | Dividend | J | T | | | | | |
| 38. Merrimack Cty. Sav. Bk. NOW Acct (2) | B | Interest | M | T | | | | | |
| 39. Cemex S A | A | Dividend | | | Sold | 05/11/09 | J | A | Mkt |
| 40. Diageo (DEO) | | None | | | Sold | 04/20/09 | J | B | Mkt |
| 41. Thermo Fisher Sci. (TMO) | | None | J | T | | | | | |
| 42. Enterprise Prods. Ptnrs. | A | Dividend | K | T | Buy | 07/31/09 | K | | Mkt |
| 43. MFS Intnl Divers. FD | A | Dividend | | | Sold | 07/23/09 | J | A | Mkt |
| 44. Chesapeake Energy Corp. | A | Dividend | J | T | | | | | |
| 45. Kinder Morgan Energy LP | A | Dividend | J | T | | | | | |
| 46. Penn VA Resource Pt. LP | A | Dividend | | | Sold | 12/15/09 | J | A | Mkt |
| 47. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 48. Myriad Pharmaceuticals, Inc. (Spin Off of Myriad Genetics) | A | Dividend | J | T | Sold (part) | 06/29/09 | J | A | Mkt |
| 49. Williams Cos., Inc. | A | Dividend | | | Sold | 11/30/09 | J | A | Mkt |
| 50. Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 51. Ishares TR Russell Midcap Val. Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Norfolk South. Corp. | A | Dividend | J | T | | | | | |
| 53. Nicholas-Applegate Intnl & Prem. | A | Dividend | J | T | | | | | |
| 54. Blackrock Real Asset Tr | A | Dividend | | | Sold | 07/23/09 | J | A | Mkt |
| 55. IRA Ishares Russell Mid-cap | A | Dividend | K | T | | | | | |
| 56. IRA Saytem Comp. Svcs. | A | Dividend | J | T | | | | | |
| 57. Mindray Medical Intnl Ltd. | A | Dividend | | | Buy | 07/31/09 | J | | Mkt |
| 58. Mindray Medical Intnl Ltd | A | Dividend | | | Sold | 11/30/09 | J | A | Mkt |
| 59. Royal Bank of Canada | A | Dividend | | | Sold | 11/30/09 | J | A | Mkt |
| 60. Ishares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 61. McDonald's Corp. | A | Dividend | K | T | Buy | 01/14/09 | K | | Mkt |
| 62. McDonald's Corp. | A | Dividend | K | T | Sold (part) | 04/20/09 | J | A | Mkt |
| 63. Apple, Inc. | A | Dividend | J | T | | | | | |
| 64. Johnson & Johnson, Inc. | A | Dividend | K | T | Buy | 01/14/09 | K | | Mkt |
| 65. Deere & Co. | A | Dividend | J | T | | | | | |
| 66. Praxair (M) | A | Dividend | J | T | | | | | |
| 67. Express Scripts, Inc. | A | Dividend | J | T | | | | | |
| 68. CR Bard, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 70. General Electric | A | Dividend | | | Sold | 12/15/09 | J | A | Mkt |
| 71. IBM Corp. | A | Dividend | K | T | Buy | 04/20/09 | K | | Mkt |
| 72. Powershares QQQ Trust Unit | A | Dividend | | | Sold | 12/15/09 | J | A | Mkt |
| 73. Northern Trust Prime Obligation Fund 9/1 (See Part VIII) | A | Dividend | J | T | | | | | |
| 74. Simon PPTY Group, Inc. | A | Dividend | J | T | Buy | 06/29/09 | K | | Mkt |
| 75. Bank of NY Mellon Corp. | A | Dividend | | | Buy | 04/20/09 | K | | Mkt |
| 76. Bank of NY Mellon Corp. | A | Dividend | | | Sold | 11/30/09 | K | A | Mkt |
| 77. Intel Corp. | A | Dividend | K | T | Buy | 04/20/09 | K | | Mkt |
| 78. AT&T, Inc. | A | Dividend | | | Buy | 01/14/09 | L | | Mkt |
| 79. AT&T, Inc. | A | Dividend | | | Sold | 07/31/09 | L | B | Mkt |
| 80. Becton Dickinson | B | Dividend | L | T | Buy | 01/14/09 | L | | Mkt |
| 81. Dominion Resources, Inc. | A | Dividend | | | Buy | 01/14/09 | K | | Mkt |
| 82. Dominion Resources, Inc. | A | Dividend | | | Sold | 04/20/09 | K | A | Mkt |
| 83. 3M Co. | B | Dividend | L | T | Buy | 01/14/09 | K | | Mkt |
| 84. STHN Cmnty B&T NC US | A | Interest | L | T | Buy | 01/14/09 | L | | Mkt |
| 85. Fla. St. Brd Ed. Pub. Ed. Cap. | A | Interest | K | T | Buy | 01/14/09 | K | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Toyota Fin. Svc. Bk NV US | A | Interest | L | T | Buy | 01/14/09 | L | | Mkt |
| 87. Huntington NAR Bk. OH US | B | Dividend | L | T | Buy | 01/14/09 | L | | Mkt |
| 88. IShares IBoxx Invt Gra. DE Corp. Bond Fund | A | Dividend | K | T | Buy | 01/14/09 | K | | Mkt |
| 89. Tenn. St. Scr. A | A | Interest | K | T | Buy | 01/16/09 | K | | Mkt |
| 90. Fairfax Cty. VA Pub. Ser. A | A | Interest | K | T | Buy | 01/14/09 | K | | Mkt |
| 91. Autoliv, Inc. | | None | K | T | Buy | 11/30/09 | K | | Mkt |
| 92. Smucker JM Co. New | | None | K | T | Buy | 11/30/09 | K | | Mkt |
| 93. First Colebrook Bank | A | Dividend | J | T | Buy | 02/10/09 | J | | Mkt |
| 94. AFLAC, Inc. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 95. Danaher Corp. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 96. Goldman Sachs Group, Inc. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 97. Google, Inc. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 98. J.P. Morgan Chase Co. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 99. Oracle Corp. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 100. Starbucks Corp. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 101. Sysco Corp. | | None | J | T | Buy | 12/15/09 | J | | Mkt |
| 102. BHP Billiton Ltd. | | None | J | T | Buy | 12/15/09 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShare MSCI EAFE Index Fund | A | Interest | J | T | Buy | 07/28/09 | J | | Mkt |
| 104. IShare Trust MSCI Emerging Mkts | A | Interest | J | T | Buy | 07/28/09 | J | | Mkt |
| 105. Bank of Am. Corp. [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 106. Lowes Cos., Inc. [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 107. BP PLC ADR [C] | A | Dividend | J | T | | | | | |
| 108. Northern Trust Prime Obligation Fund 9/1 [C] (See Part VIII) | A | Dividend | J | T | | | | | |
| 109. Kinder Morgan Energy Ptnrs. LP [C] | A | Dividend | | | Sold | 11/24/09 | K | B | Mkt |
| 110. CVS Caremark Corp. [C] | A | Dividend | J | T | | | | | |
| 111. Cemex S.A. [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 112. NFJ Dvd Int & PR FD [C] | A | Dividend | | | Sold | 12/12/09 | K | B | Mkt |
| 113. Enterprise Prod Pt [C] | A | Dividend | | | Sold | 11/24/09 | K | B | Mkt |
| 114. MFS Intnl Div FD [C] | A | Dividend | | | Sold | 07/24/09 | J | A | Mkt |
| 115. Chesapeake Energy [C] | A | Dividend | J | T | | | | | |
| 116. Citizens Commo [C] Name Change: Frontier Comm. Corp. | A | Dividend | | | Sold | 11/24/09 | K | B | Mkt |
| 117. Penn VA Res. Ptnrs. [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 118. Alliance Resource Ptnrs [C] | A | Dividend | | | Sold | 11/24/09 | K | B | Mkt |
| 119. Blackrock Real Asset [C] | A | Dividend | | | Sold | 07/23/09 | J | A | Mkt |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Blackrock Cap & Inc Str [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 121. Eaton Vance Tax Mng Buywrite Inc. [C] | A | Dividend | | | Sold | 07/27/09 | K | B | Mkt |
| 122. Eaton Vance Tax Mng [C] | A | Dividend | | | Sold | 07/27/09 | K | B | Mkt |
| 123. Nicholas-Applegate Intnl. & Prem. Str. [C] | A | Dividend | J | T | Sold (part) | 11/24/09 | K | B | Mkt |
| 124. Johnson & Johnson [C] | A | Dividend | J | T | | | | | |
| 125. Deere & Co. [C] | A | Dividend | K | T | | | | | |
| 126. Aflac, Inc. [C] | A | Dividend | K | T | | | | | |
| 127. General Electric [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 128. Apple, Inc. [C] | A | Dividend | J | T | | | | | |
| 129. IBM Corp. [C] | A | Dividend | J | T | | | | | |
| 130. Merrill Lynch Depository Sh. Rep. [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 131. Standard & Poor's 500 Depository Receipt [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 132. Powershares QQQ Trust Unit [C] | A | Dividend | | | Sold | 11/24/09 | J | A | Mkt |
| 133. McDonald's Corp. [C] | A | Dividend | J | T | | | | | |
| 134. Abbott Labs [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 135. Chevron Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 136. Colgate-Palmolive Co. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Danaher Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 138. Dupont E.I. Dem. Co. [C] | A | Dividend | J | T | Buy | 05/12/09 | J | | Mkt |
| 139. Express Scripts Inc. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 140. Goldman Sachs GP Inc. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 141. J.P. Morgan Chase Co. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 142. Nike, Inc. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 143. Oracle Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 144. Procter & Gamble Co. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 145. Spectra Energy Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 146. Starbucks Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 147. Sysco Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 148. United Health Group Inc. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 149. United Technologies Corp. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 150. Wells Fargo & Co. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 151. Buffalo Small Cap Fd [C] | A | Interest | J | T | Buy | 05/06/09 | J | | Mkt |
| 152. BHP Billiton Ltd. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |
| 153. Transocean Ltd. [C] | | None | J | T | Buy | 11/24/09 | J | | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. IShares Trust MSCI EAFE Index Fund [C] | A | Interest | J | T | Buy | 07/28/09 | J | | Mkt |
| 155. IShares Trust MSCI Emerging Mkts [C] | A | Interest | J | T | Buy | 07/28/09 | J | | Mkt |
| 156. RMA Tax-Free Fund [K] | A | Interest | J | T | | | | | |
| 157. UBS Pace MM Inv Fund Class P [K] | A | Interest | J | T | | | | | |
| 158. Am Funds Growth Fund of Am Class F [K] | A | Dividend | J | T | | | | | |
| 159. John Hancock Classic Val Fund Class A [K] | A | Dividend | J | T | | | | | |
| 160. Oppenheimer Main St. Small Cap Fd A [K] | A | Dividend | J | T | | | | | |
| 161. RS Value Fund Class A [K] | A | Dividend | J | T | | | | | |
| 162. Thornburg Intnl Value Fund Class A [K] | A | Dividend | J | T | | | | | |
| 163. DWS Core Fixed Income Fund Class A [K] | A | Dividend | J | T | | | | | |
| 164. FT Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 165. Manager's Bond Fund [K] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 14 of 15

Name of Person Reporting

MCAULIFFE, STEVEN J.

Date of Report

05/12/2010

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I. POSITIONS.
    Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.
    I own a summer cottage with a former law partner, Edward E. Shumaker. III, as tenants in common. which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a

PART VII. INVESTMENTS AND TRUSTS.
    Trust #1 assets are listed in Part VII, identified by the designation '[c]."

PART VII. INVESTMENTS AND TRUSTS.
    Line 7. Pinchers' Investment Group Ptnshp Share (specific holdings noted by " - " below) (investment club - aggregated per suggestion of Committee on Financial Disclosure 6/11/08).

PART VII. INVESTMENTS AND TRUSTS.
    Line 73. Column A. Additional description of this asset is: [Northern Trust Prime Obligation Fund. 5/1 Exchanged for Federated Prime Obligation Fd (Money Market Fund)]

PART VII. INVESTMENTS AND TRUSTS
    Line 108. Column A. Additional description of this asset is: [Northern Trust Prime Obligation Fund 9/1 Exchanged for Fed. Prime Obligation MM Fund |C|]

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F[...] TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544